# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| JOHN WESLEY PILINSKI, SR. | CIVIL ACTION NO. 12-1443 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| JERRY GOODWIN, ET AL | MAGISTRATE JUDGE HORNSBY |

## ORDER

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections (Record Document 46) filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Motion for Summary Judgment filed by Defendants (Record Document 25) be and is hereby **GRANTED IN PART** and **DENIED IN PART** by dismissing all Defendants except Dr. Bruce Fuller.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for TRO or Preliminary Injunction (Record Document 23) be and is hereby **DENIED**.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the 12th day of May, 2015.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE